IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANTONIO BRANDON WILSON                                    PLAINTIFF

VERSUS                              Cause No. 5:24-cv-00121-DCB-LGI

LANCE FALVEY, ET AL.

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Issac's Report and Recommendation ("Report") [ECF No. 60], which recommends that Defendant Pike County's Motion for Partial Summary Judgment [ECF No. 50] be granted. The Report was entered on May 26, 2026 and objections were due by June 9, 2026. No party has objected to the Report and the time to do so has now passed.

### I.   LEGAL STANDARD

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion, and contrary to law" standard of review to the Report. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

### II.  CONCLUSION

The Court, having considered Defendant Pike County's Motion for Partial Summary Judgment [ECF No. 50], the record, relevant law, and Magistrate Judge Issac's Report [ECF No. 60], finds that Defendant Pike County's Motion for Partial Summary Judgment [ECF No. 50] is granted and Plaintiff's jail conditions claims against Pike County are dismissed with prejudice.  As Judge Issac has indicated, Plaintiff testified under oath that he suffered no physical injury as a result of the alleged conditions at the Pike County Jail, which bars any recovery of monetary damages under the Prison Litigation Reform Act ("PLRA"). Id. at 6. Additionally, because Plaintiff is no longer housed at the Pike County Jail, any requests for injunctive or declaratory relief related to the jail's conditions are now moot. Id. The Court adopts Judge Issac's findings and conclusions in full.

Accordingly,

The Court agrees with Judge Issac's recommendation. The Report [ECF No. 60] is hereby ADOPTED.

SO ORDERED, this the 18 day of June, 2026.

/s/ David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE

2